DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JMS CONSTRUCTION SERVICES, INC.,**
Appellant,

v.

**CITY OF FORT LAUDERDALE, FLORIDA,**
Appellee.

No. 4D2024-3135

[February 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE16020549.

Michael Albert Piscitelli and Kristen M. Jimenez of VLP Copenhaver Espino, Fort Lauderdale, for appellant.

Robert Vaughan, Cherine Smith Valbrun, and Anisha Carla Atchanah of Kim Vaughan Lerner LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***